# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS WRIGHT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GENESIS FS CARD SERVICES, INC. d/b/a BANKCARD SERVICES,<br><br>　　　　　Defendant. | Case No. 18-cv-2375-BAS-JLB<br><br>**ORDER GRANTING MOTION TO DISMISS**<br><br>**[ECF No. 9]** |

Plaintiff Nicholas Wright has filed a Notice of Voluntary Dismissal. (ECF No. 9.) Because Defendant Genesis FS Card Services, Inc. has filed an answer, (ECF No. 4), Plaintiff may not dismiss his action with a notice of dismissal. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Thus, the Court construes Plaintiff's notice as a motion for dismissal. Good cause appearing, the Court **GRANTS** the Motion and **DISMISSES** the action in its entirety. The Clerk is instructed to close the file.

**IT IS SO ORDERED.**

DATED: December 13, 2018

Hon. Cynthia Bashant
United States District Judge